UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BORIS KOTLYARSKY,

                    Plaintiff,                    20 **CIVIL** 9230 (PGG)(SDA)

      -against-                    **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE; PREET BHARARA, in his
official capacity; and JAMES COMEY, in
his official capacity,
                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, the Court adopts the Report & Recommendation in its entirety and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         September 30, 2022

                                                **RUBY J. KRAJICK**

                                                   Clerk of Court
                                **BY:**
                                                    **Deputy Clerk**